# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN GARCIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:20-cv-1167 JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 18) |

On September 20, 2021, the parties stipulated for Plaintiff to have an extension of thirty days to file a motion for summary judgment. (Doc. 18) Jonathan Pena, counsel for Plaintiff, asserts that the additional time "is necessary due [to] several merit briefs being due on the same week." (*Id.* at 1-2) The Commissioner does not oppose the request, and it does not appear either party would be prejudiced by the delay. (*Id.* at 2)  Accordingly, the Court **ORDERS**:

　　1.　The extension of time (Doc. 18) is **GRANTED**; and

　　2.　Plaintiff **SHALL** file a motion for summary judgment no later than **October 20, 2021**.

IT IS SO ORDERED.

　　Dated:　**September 21, 2021**　　　　　_ **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE