# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN GARCIA,<br><br>            Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.  1:20-cv-01167-BAK<br><br>ORDER RE STIPULATION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 24) |

On October 26, 2021, the Court amended the scheduling order in this action to allow for the filing of a corrected administrative record.  (ECF No. 21.)  On January 18, 2022, the corrected administrative record was filed. (ECF No. 23.)  On February 23, 2022, the parties filed a stipulation requesting the deadline for Plaintiff to file an opening brief be extended by a period of thirty (30) days.  (ECF No. 24.)  The Court finds good cause to grant the request.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the deadline to file Plaintiff's opening brief is extended by thirty (30) days.

IT IS SO ORDERED.

Dated:   **February 23, 2022**                          _____
                                                                                UNITED STATES MAGISTRATE JUDGE

1